The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM COZART,<br><br>Plaintiff,<br><br>VS.<br><br>TRUIST BANK; AND EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No. 2:23-cv-00593-TSZ<br><br>ORDER OF DISMISSAL |

Pursuant to the foregoing Stipulation, docket no. 20, IT IS HEREBY ORDERED that all claims of Plaintiff William Cozart against Defendant Truist Bank in the above-entitled matter are dismissed without prejudice and without attorney fees or costs to any party.

DATED this 4th day of August, 2023.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL – 1
USDC Western WA 2:23-cv-00593-TSZ

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

127687999.1

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/Kathleen A. Nelson*
Kathleen A. Nelson, WSBA #22826

*s/Synova M. L. Edwards*
Synova M. L. Edwards, WSBA #43063
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020 / (206)436-2030 Fax
Kathleen.Nelson@lewisbrisbois.com
Synova.Edwards@lewisbrisbois.com
Attorneys for Defendant TRUIST BANK

MCCARTHY LAW

*s/Joseph Panvini*
Joseph Panvini (028359)
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
(602) 612-5016
joe.panvini@mccarthylawyer.com
Attorney for Plaintiff William Cozart

ORDER OF DISMISSAL – 2
USDC Western WA 2:23-cv-00593-TSZ

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

127687999.1