UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM COZART,<br><br>Plaintiff,<br><br>v.<br><br>TRUIST BANK; and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | C23-0593 TSZ<br><br>ORDER |

Counsel having advised the Court, docket no. 19, that this matter has been resolved as to defendant Equifax Information Services, LLC, and it appearing that no issue remains for the Court's determination,[1]

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED against defendant Equifax Information Services, LLC with prejudice and without costs.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

---

[1] Pursuant to stipulation, docket no. 20, the Court entered an Order of Dismissal on August 4, 2023, dismissing plaintiff's claims against defendant Truist Bank without prejudice and without costs. Order (docket no. 21).

ORDER - 1

1    The Clerk is directed to CLOSE this case and to send a copy of this Order to all
2 counsel of record.

3    Dated this 14th day of August, 2023.

*[signature]*

Thomas S. Zilly
United States District Judge